**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  ) | CR 93-00291-1- PHX-RCB |
| Plaintiff,  ) | |
| vs.  ) | **ORDER** <br> **REVOKING SUPERVISED RELEASE** |
| Scott Tyler Smith,  ) | |
| Defendant.  ) | |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted standard condition #7, paragraph A of the petition, special condition #5, paragraph D of the petition and special condition #5, paragraph E of the petition.

The Court has considered the factors set forth in 18 U.S.C. § 3583(e), U.S. Sentencing Commission Chapter 7 policy statements, the original guideline range, sentence originally imposed, statements of the parties, and all documentation submitted, including the disposition.

IT IS ORDERED revoking the defendant's supervised release and the defendant, Scott Tyler Smith, shall be committed to the custody of the Bureau of Prisons for a term of **TWELVE (12) MONTHS.**

IT IS FURTHER ORDERED no further supervised release to follow the prison sentence.

1   The Court recommends to the Bureau of Prisons that it endeavor to find a long range
2   custodial plan for the defendant.
3   IT IS FURTHER ORDERED dismissing allegations B and C of the petition.
4   The defendant is remanded into the custody of the United States Marshal's Service.
5   The defendant is advised of his right to appeal within 14 days.
6   DATED this 21st day of March, 2012.

_____
Robert C. Broomfield
Senior United States District Judge